■ John Graffeo et al., Respondents, v. United States Fidelity and Guaranty Co., Appellant.— Motion by respondents for leave to appeal to the Court of Appeals denied. The two cases relied upon in support of the motion (*Wheeler* v. *Phenix Ins. Co.,* 203 N. Y. 283; *Tonkin* v. *California Ins. Co.,* 294 N. Y. 326) were before the court and were given full consideration. With respect to those cases, it was decided that they were distinguishable. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.